**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRIS FRESH, LLC, | CASE NO. CV F 08-0126 LJO SMS |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| | **AND DISCHARGE SHOW CAUSE ORDER** |
| vs. | |
| WILLIAMS AG COMMODITIES BROKERAGE, INC., | |
| Defendant. | |
| _____/ | |

On February 10, 2009, this Court ordered plaintiff Harris Fresh, LLC ("Harris Fresh") to show cause in writing, no later than February 20, 2009, why this case should not be dismissed for failure to prosecute. This Court explained that the show cause order would be discharged if Harris Fresh either re-filed it motion for default judgment or voluntarily dismissed this action. By notice on February 19, 2009, Harris Ranch voluntarily dismissed this action pursuant to Fed. R. Civ. P. 41(a)(1)(i). A plaintiff has an absolute right to dismiss his action voluntarily prior to service by defendant of an answer and dismissal is effective on filing. *Hamilton v. Shearson-Lehman American Express, Inc.*, 813 F.2d 1532, 1534 (9th Cir. 1987). Accordingly, this Court:

1.    DISMISSES this action without prejudice, pursuant to Harris Fresh's voluntary dismissal;

2.    DISCHARGES the show case order, issued on February 10, 2009; and

3.    DIRECTS the clerk of court to close this action.

IT IS SO ORDERED.

**Dated:    February 20, 2009**              _/s/ Lawrence J. O'Neill_
                                                    UNITED STATES DISTRICT JUDGE

1